UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CEDRICK SAMS, #169006,            )
    Plaintiff,                              )
                                                  )    No. 1:15-cv-592
-v-                                                   )
                                                  )    HONORABLE PAUL L. MALONEY
UNKNOWN QUINN & UNKNOWN    )
KLUDY,                                          )
    Defendants.                        )
_____)

## JUDGMENT

    In accordance with the order entered on this date (ECF No. 31), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters in favor of Defendants and against Plaintiff.

    **IT IS SO ORDERED**.

Date:  March 31, 2017               /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                              United States District Judge